**THIS OPINION HAS NO PRECEDENTIAL VALUE. IT SHOULD NOT BE CITED OR RELIED ON AS PRECEDENT IN ANY PROCEEDING EXCEPT AS PROVIDED BY RULE 268(d)(2), SCACR.**

**THE STATE OF SOUTH CAROLINA**
**In The Supreme Court**

Brandon H. Eaton, Respondent,

v.

State of South Carolina, Petitioner.

Appellate Case No. 2017-001973

---

**ON WRIT OF CERTIORARI**

---

Appeal from Spartanburg County
R. Ferrell Cothran Jr., Circuit Court Judge

---

Memorandum Opinion No. 2019-MO-016
Submitted February 15, 2019 – Filed April 3, 2019

---

**CERTIORARI DISMISSED AS IMPROVIDENTLY GRANTED**

---

Attorney General Alan McCrory Wilson and Assistant Attorney General Johnny Ellis James Jr., both of Columbia, for Petitioner.

Deputy Chief Appellate Defender Wanda H. Carter, of Columbia, for Respondent.

---

**PER CURIAM:**  We issued a writ of certiorari to review the post-conviction relief (PCR) court's grant of Brandon H. Eaton's application for PCR.  We now dismiss the writ as improvidently granted.

**DISMISSED AS IMPROVIDENTLY GRANTED.**

**BEATTY, C.J., KITTREDGE, HEARN, FEW and JAMES, JJ., concur.**